**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>Shelton J Wilson<br>Marie Diane Wilson<br>Debtor(s) | Case No. 14-17165 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/06/2014.

2) The plan was confirmed on 10/28/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/06/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was dismissed on 08/01/2017.

6) Number of months from filing to last payment: 35.

7) Number of months case was pending: 40.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $47,937.50 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $47,937.50

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,185.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,135.94 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,320.94

Attorney fees paid and disclosed by debtor:     $815.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Advocate South Suburban Hosp. | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN FINANCIAL CRE | Unsecured | 134.00 | NA | NA | 0.00 | 0.00 |
| Applied Card | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 198.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 1,528.00 | NA | NA | 0.00 | 0.00 |
| Beneficial of Illinois | Secured | 200.00 | NA | NA | 0.00 | 0.00 |
| Blue Cross Blue Shield | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| Center for Pediatric Gastro. | Unsecured | 134.00 | NA | NA | 0.00 | 0.00 |
| Chase Bank | Unsecured | 394.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 1,767.00 | NA | NA | 0.00 | 0.00 |
| CITY OF HARVEY PARKING | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| COLUMBIA HOUSE-BMG MUSIC SER | Unsecured | 124.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 113.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 193.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| Compucard | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| Country Club Hills | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| DEVRY INC | Unsecured | 2,747.00 | 2,747.29 | 2,747.29 | 257.47 | 0.00 |
| East Bay Funding | Unsecured | 718.00 | NA | NA | 0.00 | 0.00 |
| ELDRIDGE & ELDRIDGE DENTAL GR | Unsecured | 271.00 | 775.08 | 775.00 | 72.63 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 445.00 | NA | NA | 0.00 | 0.00 |
| FRIENDLY FINANCE CORP | Unsecured | 16,000.00 | NA | 1,753.46 | 164.33 | 0.00 |
| FRIENDLY FINANCE CORP | Secured | 16,000.00 | 6,853.46 | 5,100.00 | 3,382.86 | 429.11 |
| GENESIS FINANCIAL SOLUTIONS | Unsecured | 278.00 | NA | NA | 0.00 | 0.00 |
| GM FINANCIAL | Unsecured | 10,676.00 | 15,233.52 | 15,233.52 | 1,427.69 | 0.00 |
| Grand Prarie Library | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| Gulf Coast Readers | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Guthy-Renker | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| HAMMOND CLINIC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Hillcrest High School | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Homewood Disposal | Unsecured | 151.00 | NA | NA | 0.00 | 0.00 |
| Homewood Floosmoor Medical Associates | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| HOUSTON FUNDING | Unsecured | 755.00 | NA | NA | 0.00 | 0.00 |
| HSN | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Unsecured | 3,413.00 | 249.36 | 249.36 | 15.03 | 0.00 |
| IL DEPT OF REVENUE | Priority | 14,964.00 | 1,342.32 | 1,342.32 | 1,342.32 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 1,400.00 | 5,377.18 | 5,377.18 | 503.95 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 10,115.00 | 13,590.73 | 13,590.73 | 1,273.73 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,858.00 | 2,304.68 | 2,304.68 | 2,304.68 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 195.00 | 752.09 | 752.09 | 57.45 | 0.00 |
| Kaplan Higher Education Corp. | Unsecured | 1,321.00 | NA | NA | 0.00 | 0.00 |
| LA Fitness | Unsecured | 310.00 | NA | NA | 0.00 | 0.00 |
| LaSalle Bank | Unsecured | 731.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL PAYMENT DATA | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 2,325.00 | 2,325.18 | 2,325.18 | 217.91 | 0.00 |
| MOMA FUNDING LLC | Unsecured | 244.00 | 243.89 | 243.89 | 17.22 | 0.00 |
| Money Market Pay Day Exp. | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Music Education | Unsecured | 2,980.00 | NA | NA | 0.00 | 0.00 |
| N.L. Associates | Unsecured | 74.00 | NA | NA | 0.00 | 0.00 |
| National Readers Service | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | 1,488.00 | 1,441.86 | 1,441.86 | 120.22 | 0.00 |
| NICOR GAS | Unsecured | 718.00 | 185.42 | 185.42 | 15.46 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | NA | 8,112.45 | 8,112.45 | 8,112.45 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 64,590.00 | 70,040.89 | 70,040.89 | 0.00 | 0.00 |
| Oral Surgery Center | Unsecured | 258.00 | NA | NA | 0.00 | 0.00 |
| Outdoor Photographer | Unsecured | 13.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 755.00 | 647.81 | 647.81 | 49.48 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 664.00 | 664.35 | 664.35 | 50.74 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 310.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 2,197.00 | NA | NA | 0.00 | 0.00 |
| Pinnacle Psychological Services | Unsecured | 330.00 | NA | NA | 0.00 | 0.00 |
| PRA Receivables Management | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Secured | 500.00 | 6,925.00 | 6,925.00 | 6,233.45 | 472.53 |
| PRA RECEIVABLES MGMT | Unsecured | NA | 10,010.05 | 10,010.05 | 938.10 | 0.00 |
| PRAIRIE STATE COLLEGE | Unsecured | 972.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 445.00 | 458.77 | 458.77 | 32.39 | 0.00 |
| PRESTIGE FINANCIAL SVC | Secured | 8,200.00 | 6,232.39 | 6,232.39 | 5,483.08 | 494.80 |
| PRESTIGE FINANCIAL SVC | Unsecured | 7,073.00 | NA | NA | 0.00 | 0.00 |
| Primary Healthcare Associates | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Providian | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Providian Fin./Wash. Mutual | Unsecured | 2,459.00 | NA | NA | 0.00 | 0.00 |
| RJM AQUISITIONS FUNDING | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| Rush University Medical Group | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |
| SBC Illinois | Unsecured | 128.00 | NA | NA | 0.00 | 0.00 |
| Scan Digital - Photo & Video Processing | Unsecured | 2,967.00 | NA | NA | 0.00 | 0.00 |
| Sound & Spirit | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 215.00 | NA | NA | 0.00 | 0.00 |
| Star Newspapers | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| Suburban Emergency Phys. Group | Unsecured | 81.00 | NA | NA | 0.00 | 0.00 |
| Sullivan Urgent Aid Center | Unsecured | 706.00 | NA | NA | 0.00 | 0.00 |
| The Eye Specialist Center | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | NA | 763.83 | 763.83 | 71.59 | 0.00 |
| UNIVERSITY OF PHOENIX | Unsecured | 5,267.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED NAVIENT SOLUTION | Unsecured | 27,227.00 | 96,520.56 | 96,520.56 | 9,045.54 | 0.00 |
| US DEPT OF EDUCATION/SALLIE MA | Unsecured | 3,584.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION/SALLIE MA | Unsecured | 6,399.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION/SALLIE MA | Unsecured | 12,815.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION/SALLIE MA | Unsecured | 2,549.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| US DEPT OF EDUCATION/SALLIE MA | Unsecured | 3,932.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION/SALLIE MA | Unsecured | 5,104.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION/SALLIE MA | Unsecured | 2,409.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION/SALLIE MA | Unsecured | 4,561.00 | NA | NA | 0.00 | 0.00 |
| VERIZON | Unsecured | 468.00 | 183.43 | 183.43 | 15.29 | 0.00 |
| Village of County Club Hills | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF HAZEL CREST | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF HAZEL CREST | Unsecured | NA | 250.00 | 250.00 | 15.06 | 0.00 |
| Village of Olympia Fields | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Wellgroup Health Partners | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO AUTO FINANCE | Secured | 500.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $70,040.89 | $0.00 | $0.00 |
| Mortgage Arrearage | $8,112.45 | $8,112.45 | $0.00 |
| Debt Secured by Vehicle | $18,257.39 | $15,099.39 | $1,396.44 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$96,410.73** | **$23,211.84** | **$1,396.44** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,647.00 | $3,647.00 | $0.00 |
| **TOTAL PRIORITY:** | **$3,647.00** | **$3,647.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$154,173.78** | **$14,361.28** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,320.94 |
| Disbursements to Creditors | $42,616.56 |
| **TOTAL DISBURSEMENTS :** | **$47,937.50** |

**UST Form 101-13-FR-S (09/01/2009)**

     12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/05/2017                By: /s/ Tom Vaughn
                                               Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**